JUDGE SULLIVAN

**07 CIV 7679**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John J. Fiero and Fiero Brothers, Inc., **Plaintiffs** -v- National Association of Securities Dealers, Inc., **Defendant** | Case No.<br><br>**Rule 7.1 Statement** |


RECEIVED
AUG 29 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___Fiero Brothers, Inc.___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: __August 29, 2007__

_____
**Signature of Attorney**
Brian D. Graifman
**Attorney Bar Code:** BG5636

Form Rule7_1.pdf