# GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC

CIRINO M. BRUNO *
MELVYN J. FALIS, P.C.
DAVID A. GEHN
ROBERT L. HERSKOVITS
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
ROBERT PEREZ

ATTORNEYS AT LAW
120 WALL STREET
NEW YORK, NEW YORK 10005

(212) 269-1400
TELECOPIER (212) 809-5449
www.gkblaw.com

OF COUNSEL
ROBERT L. BLESSEY
BERT L. GUSRAE

SENIOR ATTORNEY
BRIAN D. GRAIFMAN (X627)

* MEMBER N.Y. AND N.J. BAR

December 18, 2007

*Via email to eillen_levine@nysd.uscourts.gov*
Hon. Richard J. Sullivan
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10017

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

Re:  Fiero, et ano. v. National Association of Securities Dealers, Inc.
     07-CV-07679 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

We represent plaintiffs in the above-referenced action. This action has not yet been served on the defendant, the time to do so (by December 27) having not yet expired. The defendant received a copy of the papers yesterday, with a waiver of service request. I spoke with defendant's counsel today, proposing a summary disposition that would expeditiously remove this case from your Honor's docket.

We respectfully request an extension of the deadlines provided by this Court's December 4, 2007 order. The parties cannot jointly submit a status letter or Case Management plan by December 18, 2007 (as provided therein), because defendant has not yet been served.

Respectfully submitted,

Brian D. Graifman

Cc:  Terri L. Reicher, Esq. (via email: Terri.Reicher@nasd.com)
     Financial Industry Regulatory Authority, Inc.
     (f/k/a National Association of Securities Dealers, Inc.)
     1735 K Street NW
     Washington, DC 20006

bg2993

SO ORDERED
Dated: 12/19/07
RICHARD J. SULLIVAN
U.S.D.J.