UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

JOHN J. FIERO & FIERO BROTHERS, INC.,

     Plaintiffs,

   -against-

NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC.,

     Defendant.
-----------------------------------------------------------

07-CV-07679 (RJS)

**NOTICE OF
VOLUNTARY
DISMISSAL**

  PLEASE TAKE NOTICE THAT the plaintiffs, John J. Fiero and Fiero Brothers, Inc., pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, each voluntarily dismisses this action without prejudice. Said dismissal is without prejudice to refiling as the defendant has not yet served an answer to the complaint.

Dated: New York, New York
   February 8, 2008

           GUSRAE, KAPLAN, BRUNO &
           NUSBAUM PLLC

           By: _____
            Brian D. Graifman (BG 5636)
            *Attorneys for the Plaintiffs*
            120 Wall Street
            New York, NY 10005
            212-269-1400

To: Terri L. Reicher, Esq.
   Financial Industry Regulatory Authority, Inc.
   1735 K Street NW
   Washington, DC 20006

Fiero\bg3033