**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served this 8th day of February 2008 by regular mail in accordance with the Federal Rules of Civil Procedure upon the last known address of the defaulting defendant as follows:

    Terri L. Reicher, Esq.
    Financial Industry Regulatory Authority, Inc.
    1735 K Street NW
    Washington, DC 20006

Dated: February 8, 2008

                                                                                                     /s
                                                                                 Brian D. Graifman (BG 5636)

fiero/bg3034