Sullivan, J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13-8
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
JOHN J. FIERO & FIERO BROTHERS, INC.,

              Plaintiffs,

           -against-

NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC.,

              Defendant.
-------------------------------------------------------------

07-CV-07679 (RJS)

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE THAT the plaintiffs, John J. Fiero and Fiero Brothers, Inc., pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, each voluntarily dismisses this action without prejudice. Said dismissal is without prejudice to refiling as the defendant has not yet served an answer to the complaint.

Dated: New York, New York
       February 8, 2008

                              GUSRAE, KAPLAN, BRUNO &
                              NUSBAUM PLLC

                              By: _____
                              Brian D. Graifman (BG 5636)
                              *Attorneys for the Plaintiffs*
                              120 Wall Street
                              New York, NY 10005
                              212-269-1400

To:     Terri L. Reicher, Esq.
        Financial Industry Regulatory Authority, Inc.
        1735 K Street NW
        Washington, DC 20006

Fiero\bg3033

2/13/08